RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702-382-4800
Email: rick@wmllawlv.com
Attorney for Nicole Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00340-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| NICOLE LOPEZ, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, NICHOLAS A. TRUTANICH, United States Attorney, through KEVIN SCHIFF, Assistant United States Attorney; and Defendant NICOLE LOPEZ ("Ms. Lopez"), by and through her counsel, RICHARD A. WRIGHT, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for August 1, 2019, at 9:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than September 2, 2019.

The request for a continuance is based upon the following:

1. The Defendant is currently in detention at the Nevada Southern Detention Center. Ms. Lopez agrees with this request for a continuance.

2. Counsel has engaged a psychologist to complete a thorough psychological evaluation and the report will not be available until mid August.

3. Ms. Lopez requests a continuance until September 2, 2019 so that she and her counsel can prepare for sentencing, and submit a sentencing memorandum and supporting materials.

4. The parties agree to the requested continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. This is the first request for a continuance of the sentencing hearing.

Dated this 30th day of July, 2019.

| | |
|---|---|
| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
| BY    /s/ Richard A. Wright<br>RICHARD A. WRIGHT, ESQUIRE<br>Attorney for Nicole Lopez | BY  /s/ Kevin Schiff<br>KEVIN SCHIFF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>NICOLE LOPEZ,<br>    Defendants. | CASE NO. 2:18-cr-00340-APG-VCF<br><br>**ORDER** |

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Nicole Lopez in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for August 1, 2019 at 9:30 a.m., be vacated and continued to September 17, 2019, at 2:00 p.m. in Courtroom 6C.

DATED this 30th day of July, 2019.

_____
ANDREW P. GORDON
United States District Court Judge