Richard A. Wright, Esq.
Nevada Bar No. 886
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

Attorney for Defendant Nicole Lopez

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Nicole Lopez,<br><br>        Defendant. | Case No.  2:18-cr-00340-APG-VCF-2<br><br>Motion for Judicial Recommendation Pursuant to 18 U.S.C. §§ 3621(b)(4) and 3624 |

**Memorandum of Points and Authorities**

The Defendant, Nicole Lopez, by and through her attorney, Richard A. Wright, Esquire, Wright Marsh & Levy, hereby moves this Court for a Judicial Recommendation for the type of penal or correctional facility defendant is to serve her BOP custodial sentence.  Counsel, at the time of Ms. Lopez's sentencing in 2019, only requested that Ms. Lopez serve her sentence at FCI Dublin and participate in the RDAP program. ECF 61.  This Court made those recommendations in the judgment of conviction entered on November 4, 2019.  *Id*.  However, counsel did not make the following request for recommendation that Ms. Lopez be able to serve her sentence at a residential reentry center or on home confinement if she is eligible under the Bureau of Prisons' (BOP) authority.  At the time, no such recommendation was thought to be needed.

I. **Procedural History**[1]

On October 30, 2018, the government filed an indictment against Ms. Lopez. ECF 13. The undersigned was appointed as CJA counsel on November 6, 2018 at Ms. Lopez's initial appearance where she was detained. ECF 25. At that time, the Court found Ms. Lopez to be indigent. *Id.* On April 17, 2019, Ms. Lopez pled guilty, by way of plea agreement, to one count conspiracy to distribute a controlled substance, methamphetamine, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B)(viii), and 846; and one count felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). ECF 43, 44. On October 31, 2019, this Court sentenced Ms. Lopez to 72 months in custody. ECF 60. Judgment of Conviction was entered on November 4, 2019. ECF 61. Ms. Lopez is currently located at FCI Phoenix with a projected release date of November 20, 2023.

II. **This Court has the Authority to Enter a Judicial Recommendation Post-Judgment of Conviction**

18 U.S.C. § 3621 promulgates how the Bureau of Prisons (BOP) shall designate the place of a prisoner's imprisonment. At the time of sentencing, a defendant is allowed to make a request for the place in which she wishes to serve her sentence acknowledging that the Court may only make the recommendation in the judgment of conviction and the ultimate designating authority resides with the BOP. *See* 18 U.S.C. § 3621(b)(4)(B) (stating that BOP can consider a Court's "recommend[ation] [for] a type of penal or correctional facility as appropriate"). Community Corrections facilities also include residential reentry centers and placement in home confinement under the supervision and authority of the BOP. *See* 18 U.S.C. 3624(c) (discussing prerelease custody and authority of the BOP to allow prisoner's a reasonable

---

[1] Simultaneously with this filing, the undersigned filed a motion for reappointment of CJA counsel.

2

opportunity to begin and prepare for reentry into the community). 18 U.S.C. § 3624(c) states in pertinent part:

> **(c) PRERELEASE CUSTODY.—**
>
> > **(1) IN GENERAL.—**
> >
> > The Director of the Bureau of Prisons shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility.
> >
> > **(2) HOME CONFINEMENT AUTHORITY.—**
> >
> > The authority under this subsection may be used to place a prisoner in home confinement for the shorter of 10 percent of the term of imprisonment of that prisoner or 6 months. The Bureau of Prisons shall, to the extent practicable, place prisoners with lower risk levels and lower needs on home confinement for the maximum amount of time permitted under this paragraph

Thus, as an inmate nears the end of her custodial sentence, the BOP may elect to place her in another community correctional facility such as a residential reentry center or on home confinement still under the authority of the BOP to allow for reintegration. Such a decision rests solely with the BOP and its analysis as to whether a particular inmate would qualify and benefit from such placement. BOP has the ultimate decision-making authority. However, Courts in the District of Nevada have Ordered the recommendation Ms. Lopez is requesting. *See United States v. Parlin*, 2:14-cr-00299-JCM-CWH, ECF 229, Oct. 17, 2019. Such recommendations are reviewed and considered by BOP.

It is under this authority, Ms. Lopez makes the instant request that this Court recommend that BOP consider her for placement at the residential reentry center and for home confinement

3

as soon as she is eligible. BOP still has the ultimate decision-making authority but BOP is required to consider the Court's judicial recommendation under 18 U.S.C. § 3621(b)(4).

At the time of sentencing, while counsel did make a request for recommendation for FCI Dublin and to participate in RDAP, counsel did not request this Court recommend the BOP consider Ms. Lopez for placement at a residential reentry center and home confinement as soon as she is eligible. At the time, no such recommendation was thought to be needed. However, Ms. Lopez now informs the Court, through counsel, that such a recommendation would aid BOP in appropriately placing her at a residential reentry center or home confinement for the maximum allowable time if there was a judicial recommendation.

### III.     An Update from Ms. Lopez to the Court

According to the PSR in this case, Ms. Lopez has been in continuous federal custody since on or about October 19, 2018. Ms. Lopez was sentenced in October 31, 2019. With a 72-month sentence imposed, her current projected release date is November 20, 2023. At the time of sentencing, Ms. Lopez submitted a substantial sentencing memorandum and also included a psychological report for the Court's consideration. As part of that report, Dr. Collins opined that Ms. Lopez had suffered from complex trauma. ECF 58. Dr. Collins found that for Ms. Lopez, she experienced extensive symptoms of PTSD over the years, including nightmares, dissociative reactions, physiological reactions, persistent negative beliefs and expectations, persistent negative emotional states, irritable behavior, angry outbursts, hypervigilance, exaggerated startled response, and sleep disturbance. *Id.* Dr. Collins recommended that Ms. Lopez participate in inpatient mental health treatment to address her PTSD and substance use disorder. *Id.* Dr. Collins further recommended that additional services would be needed for successful reintegration into the community after a custodial sentence. ECF 59, filed under seal at p. 16.

Ms. Lopez has taken Dr. Collins' recommendations to heart and focused her time exclusively on rehabilitation while incarcerated. Shortly after her sentencing in October 2019,

she was designated to a BOP facility. However, in March 2020, the COVID-19 pandemic manifested, causing a halt to many of the BOP programs. By August 2020, Ms. Lopez was able to begin the UNICOR CSR Apprentice Program and complete the following courses during the remainder of 2020: Ace Civil Rights Movement, Ace Peak Brain Performance, AT Risk Program, Ace Channeling Stress 1 and 2 course, Ace Think and be healthy course, Ace Jazz Justice P1 course, and the Ace Benefits of Being course.

In 2021, she pushed herself to complete 7 additional courses including courses on decision making, finance, music, and justice. She also boasts certificates of completion for Trauma in Life an 8-hour workshop; Change Plan consisting of 15 hours of psychoeducation; Foundation, consisting of 15 hours of Psychoeducation; Assert Yourself, consisting of 8 hours of psychoeducation; Start Now, consisting of 32 hours of psychoeducation; and Understanding Feelings of Shame and Guilt, consisting of 7 hours of psychoeducation. *See* Exhibit A. She continues to receive mental health care through the BOP medical facility and has not had any incident reports in the last six months.

Ms. Lopez has been incarcerated for approximately 4 years. She wishes this Court to know that should the Court make the judicial recommendation and BOP allow for her to participate in her full residential reentry facility and home confinement time, she will use this lengthier period to continue her rehabilitation, progressively transition from a BOP lifestyle to life in society, maintain her sobriety, and use this time under BOP's guidance to continue obtaining coping skills to appropriately adjust to life post-incarceration.

/ / /

5

### IV. Conclusion

Ms. Lopez requests this Court grant her Motion for Judicial Recommendation Pursuant to 18 U.S.C. §§ 3621(b)(4) and 3624 and enter an Order recommending the BOP consider her for placement at the residential reentry center and home confinement as soon as she is eligible. This Court has the authority to make this recommendation under 18 U.S.C. §§ 3621 and 3624. Ms. Lopez recognizes that this is only a recommendation and that BOP will make the final decision.

DATED April 21, 2022.

                                          Wright Marsh & Levy

                            By: */s/ Richard A. Wright*
                                Richard A. Wright
                                Attorney for Nicole Lopez

DATED this 16th Day of May, 2022.

            IT IS SO ORDERED: _____
                                United States District Judge Gordan

6

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers. That on April 21, 2022, she served an electronic copy of the above and foregoing **Motion for Judicial Recommendation Pursuant to 18 U.S.C. §§ 3621(b)(4) and 3624** by electronic service (ECF) to the person named below:

>Christopher Chiou
>Acting United States Attorney District of Nevada
>Kevin Schiff
>Assistant United States Attorney
>kevin.schiff@usdoj.gov
>501 Las Vegas Blvd. South, Suite 1100
>Las Vegas, Nevada 89101

>*/s/ Debbie Caroselli*
>Employee Wright Marsh & Levy

**EXHIBIT A**

**EXHIBIT A**



# FCI Phoenix
## Psychology Department

# Certificate of Completion

presented to

## Nicole Lopez

for successful completion of the 8-hour workshop

### Trauma in Life

October 20, 2021

Dr. Bazan
Resolve Program Coordinator
FPC Phoenix

# Certificate of Completion

Presented to

For successfully completing

## Nicole Lopez

**Change Plan** Consisting of Fifteen Hours of Psychoeducation.

This certificate is hereby issued this 29th day of October, 2021

_Ms. P. Pearson_
_Special Populations Coordinator_

# Certificate of Completion

Presented to

## Nicole Lopez

For successfully completing

## Foundation

Consisting of Fifteen Hours of Psychoeducation.

This certificate is hereby issued this 29th day of September, 2021

*P. Pearson* (signature)

Ms. P. Pearson
Special Populations Coordinator

# Certificate of Completion

Presented to

## Nicole Lopez

For successfully completing

### Assert Yourself

Consisting of 8 Hours of Psychoeducation

This certificate is hereby issued this 29th day of September, 2021

Ms. P. Pearson
Special Populations Coordinator

# Certificate of Completion

Presented to
For successfully completing

# Nicole Lopez

## Start Now

*Consisting of Thirty-two Hours of Psychoeducation.*
*This certificate is hereby issued this 30th day of September, 2021*

_____
Ms. P. Pearson
Special Populations Coordinator

# *Certificate of Completion*

Presented to

For successfully completing

# *Nicole Lopez*

## *Understanding Feelings: Shame & Guilt*

Consisting of Seven Hours of Psychoeducation

This certificate is hereby issued this 23rd day of September, 2021

*Ms. P. Pearson*
*Special Populations Coordinator*